**Marq L. WHITE, Appellant,**

v.

**MISSOURI DEPARTMENT OF CORRECTIONS, Respondent.**

**WD 78416**

Missouri Court of Appeals, Western District.

ORDER FILED: September 29, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied October 27, 2015

Marq L. White, pro se, Jefferson City, MO, Appellant.

Chris Koster, Attorney General, Curtis M. Schube, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division II: Thomas H. Newton, Presiding Judge, and Victor C. Howard and Mark D. Pfeiffer, Judges.

### Order

Per Curiam:

Marq L. White appeals from the judgment of the Circuit Court of Cole County, Missouri, dismissing with prejudice his lawsuit against the Missouri Department of Corrections. Because a published opinion would have no precedential value, a

memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).